IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 2:06mc3307-WHA |
| QUINTER PEARSAL JOSEPH, | ) |
| Defendant, | ) |

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, Plaintiff, herein.

2. Judgment was entered on August 26, 1998 for Plaintiff and against Defendant for the sum of $2,125.00, and costs.

3. Defendant, QUINTER PEARSAL JOSEPH, resides at 41 Turner Place, Montgomery, Alabama 36109, within the jurisdiction of this Court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The balance due on the Judgment as of May 9, 2006, is $867.00.

          LEURA G. CANARY
          United States Attorney

          By: /s/ R. Randolph Neeley
          R. RANDOLPH NEELEY
          Assistant United States Attorney
          Bar Number: 9083-E56R
          Attorney for Plaintiff
          Post Office Box 197
          Montgomery, AL 36101-0197
          Telephone No.: (334) 223-7280
          Facsimile No.: (334) 223-7418
          E-mail: rand.neeley@usdoj.gov

Sworn to and subscribed before me this 9th day of May, 2006.

_____
NOTARY PUBLIC